**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**COMMERCIAL STEAM CLEANING, L.L.C.,**
**ANDREW E. HAROLD, CARLOS HESS,**
**and KATHY COLLINS**

        **Plaintiff,**

    **v.**                                       **CIVIL ACTION NO. 2:09-cv-01009**

**FORD MOTOR COMPANY and**
**NAVISTAR INTERNATIONAL CORPORATION,**

    **Defendants.**

**NOTICE OF ISSUANCE OF SUBPOENA**
**TO TYLER TRUCKING COMPANY LLC FOR VEHICLE INSPECTIONS**

      PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the

defendant, Ford Motor Company, by counsel, has issued a subpoena to Tyler Trucking

Company, LLC for to produce for inspection the 2005 Ford F450 Super duty bearing VIN#

1FDXF46PO5ED35273 and the 2005 Ford F550 Super Duty bearing VIN# 1FDAF56P15ED35276, both

formerly owned by Commercial Steam Cleaning and purchased by Tyler Trucking Company.  The

vehicle inspections will occur on March 18, 2010 at Bert Wolfe Ford, 1900 Patrick Street Plaza,

Charleston, WV 25312, beginning at 9:30 a.m.

      You are invited to attend and protect your interests, if you so desire.

                                      **FORD MOTOR COMPANY**
                                      **By Counsel**

_____/s/ Elizabeth L. Taylor_____
Michael Bonasso, Esq. (WV State Bar #394)
Elizabeth L. Taylor, Esq. (WV State Bar #10270)
Flaherty, Sensabaugh & Bonasso, PLLC
Post Office Box 3843
Charleston, West Virginia 25338-3843
304-345-0200
304-345-0260 (facsimile)

mbonasso@fsblaw.com
etaylor@fsblaw.com

and

Brian Anderson, Esq.
Scott M. Hammack, Esq.
Andrew S. Han, Esq.
*All admitted pro hac vice*
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C.  20006-4001
(202) 383-5300
(202) 383-5414 (facsimile)
banderson@omm.com
shammack@omm.com
ahan@omm.com
***Counsel for Defendant Ford Motor Company***

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**COMMERCIAL STEAM CLEANING, L.L.C.,
ANDREW E. HAROLD, CARLOS HESS,
and KATHY COLLINS**

        **Plaintiff,**

    **v.**                                     **CIVIL ACTION NO. 2:09-cv-01009**

**FORD MOTOR COMPANY and
NAVISTAR INTERNATIONAL CORPORATION,**

        **Defendants.**

<u>**CERTIFICATE OF SERVICE**</u>

      I, Elizabeth L. Taylor, counsel for the defendant, Ford Motor Company, do hereby certify that on the 12th of March, 2010, the foregoing **NOTICE OF ISSUANCE OF SUBPOENA TO TYLER TRUCKING COMPANY, LLC FOR VEHICLE INSPECTIONS** was served by uploading the same to the CM/ECF system:

                Stephen P. Meyer, Esq.
                Craig B. Giffin, Esq.
                Meyer, Ford & Glasser
                P.O. Box 11090
                Charleston, WV 25339
                smeyer@citynet.net
                Stephen.Meyer@meyerandford.com
                Craig.Giffin@meyerandford.com
                *Counsel for Plaintiffs*

                Kara Cunningham Williams
                Teresa A. Kleeh, Esq.
                Steptoe & Johnson PLLC
                P. O. Box 1588
                Charleston, WV  25326-1588
                kara.williams@steptoe-johnson.com
                teresa.kleeh@steptoe-johnson.com
                *Counsel for Navistar International Corporation and Navistar Inc.*

                /s/ Elizabeth L. Taylor_____
                Elizabeth L. Taylor (WV Bar No. 10270)