# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **COMMERCIAL STEAM CLEANING, L.L.C., ANDREW E. HAROLD, CARLOS HESS, and KATHY COLLINS** | Civil Action No.: 2:09-cv-01009 |
| Plaintiffs, | **DEFENDANT FORD MOTOR COMPANY'S AMENDED NOTICE OF VIDEOTAPED DEPOSITION TO WILLIAM MAHON** |
| v. | |
| **FORD MOTOR COMPANY and NAVISTAR INTERNATIONAL CORPORATION,** | |
| Defendants. | |

PLEASE TAKE NOTICE that Ford Motor Company ("Ford"), by and through its counsel, will take the deposition(s) upon oral examination of William Mahon, the owner of Commercial Steam Cleaning, L.L.C., pursuant to Rule 30 of the Federal Rules of Civil Procedure.

The deposition(s) shall commence on March 19, 2010 at 9:30 a.m., at the offices of Flaherty Sensabaugh and Bonasso located at 200 Capitol Street, Charleston, West Virginia and shall continue from day to day (weekends and holidays excepted) until completed. The deposition(s) shall be videotaped, as well as stenographically recorded, by a duly certified court reported qualified and authorized to administer oaths.

Dated this 15th day of March 2010.

                                    **FORD MOTOR COMPANY**
                                    **By Counsel**

_____/s/ Elizabeth L. Taylor_____
Michael Bonasso, Esq. (WV State Bar #394)
Elizabeth L. Taylor, Esq. (WV State Bar #10270)
Flaherty, Sensabaugh & Bonasso, PLLC
Post Office Box 3843
Charleston, West Virginia 25338-3843
304-345-0200
304-345-0260 (facsimile)
mbonasso@fsblaw.com
etaylor@fsblaw.com

and

Brian Anderson, Esq.
Scott M. Hammack, Esq.
Andrew S. Han, Esq.
*All admitted pro hac vice*
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5300
(202) 383-5414 (facsimile)
banderson@omm.com
shammack@omm.com
ahan@omm.com
***Counsel for Defendant Ford Motor Company***

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **COMMERCIAL STEAM CLEANING, L.L.C., ANDREW E. HAROLD, CARLOS HESS, and KATHY COLLINS** | Civil Action No.: 2:09-cv-01009 |
| **Plaintiffs,** | **DEFENDANT FORD MOTOR COMPANY'S NOTICE OF VIDEOTAPED DEPOSITION TO WILLIAM MAHON** |
| **v.** | |
| **FORD MOTOR COMPANY and NAVISTAR INTERNATIONAL CORPORATION,** | |
| **Defendants.** | |

### CERTIFICATE OF SERVICE

I, Elizabeth L. Taylor, counsel for the defendant, Ford Motor Company, do hereby certify that on the 15th day of March, 2010, the foregoing **DEFENDANT FORD MOTOR COMPANY'S AMENDED NOTICE OF VIDEOTAPED DEPOSITION TO WILLIAM MAHON** was served upon the following counsel of record through the CM/ECF system as follows:

Stephen P. Meyer, Esq.
Craig B. Giffin, Esq.
Meyer, Ford & Glasser
P.O. Box 11090
Charleston, WV 25339
(304) 345-3900
smeyer@citynet.net
Stephen.Meyer@meyerandford.com
Craig.Giffin@meyerandford.com
*Counsel for Plaintiffs*

Kara Cunningham Williams
Teresa A. Kleeh, Esq.
Steptoe & Johnson PLLC
P. O. Box 1588
Charleston, WV 25326-1588
304.353.8100
kara.williams@steptoe-johnson.com
teresa.kleeh@steptoe-johnson.com
*Counsel for Navistar International Corporation and Navistar Inc*

/s/ Elizabeth L. Taylor
Michael Bonasso (WV Bar No. 10270)