THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

COMMERCIAL STEAM CLEANING, L.L.C.
AND ANDREW E. HAROLD,

    Plaintiffs,

        Case No.: 2:09-cv-01009

FORD MOTOR COMPANY and
NAVISTAR, INC. ,

    Defendant.

## NOTICE

Please take notice that plaintiffs shall not proceed with moving for Class Certification in this matter.

    COMMERCIAL STEAM CLEANING, L.L.C.
    And ANDREW E. HAROLD
        By Counsel

/s Stephen P. Meyer
Stephen P. Meyer (WV Bar I.D. 2541)
Craig B. Giffin (WV Bar I.D. 7715)
Meyer, Ford & Glasser
P.O. Box 11090
Charleston, WV 25339
Telephone:  304-345-3900
Facsimile:   304-345-3935

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

COMMERCIAL STEAM CLEANING, L.L.C.
AND ANDREW E. HAROLD,

        Plaintiffs,

                                      Case No.: 2:09-cv-01009

FORD MOTOR COMPANY and
NAVISTAR, INC.,

        Defendant.

CERTIFICATE OF SERVICE

        I, STEPHEN P. MEYER, counsel for the plaintiffs, do hereby certify that a true and exact copy of the foregoing Notice, was served upon the following through the CM/ECF system on April 5, 2010:

| | |
|---|---|
| Michael Bonasso, Esq. | Kara Cunningham Williams, Esq. |
| Elizabeth L. Taylor, Esq | Steptoe & Johnson, PLLC |
| Flaherty, Sensabaugh & Bonasso | P. O. Box 1588 |
| P. O. Box 3843 | Charleston, WV 25326-1588 |
| Charleston, WV 25338-3843 | Counsel for Defendant Navistar, Inc. |
| and | |
| Brian Anderson, Esq. | |
| Scott M. Hammack, Esq. | |
| O'Melveny & Myers LLP | |
| 1625 Eye Street, NW | |
| Washington, DC 20006-4001 | |
| Counsel for Defendant Ford | |

                                        /s Stephen P. Meyer
                                      STEPHEN P. MEYER [WVSB #2541]